389 A.2d 161

Commonwealth v. Blagmon, Appellant.

Submitted October 8, 1976. Timothy J. Savage, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 161

Commonwealth v. Blair, Appellant.

Submitted March 16, 1977. H. Stanley Rebert, Assistant Public Defender, for appellant; Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.